NICOLA T. HANNA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
BRENDAN T. MOCKLER
Assistant United States Attorney
Chief, Financial Litigation Section
LOUISA O. KIRAKOSIAN (CBN 271983)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8431
    Facsimile: (213) 894-7819
    E-mail:    louisa.kirakosian@usdoj.gov

Attorneys for Defendant and Counter-Plaintiff
United States of America

JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| CAROLIN ZHUANG,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>    Counter Plaintiff,<br><br>v.<br><br>CAROLIN ZHUANG, an individual; and CHUNG YU YEUNG, an individual,<br><br>    Counter Defendants. | CASE No. 2:18-CV-05833-CAS(JEMx)<br><br>[CR 2:14-cr-00609-CAS]<br><br>**[PROPOSED]** JUDGMENT<br><br>Honorable CHRISTINA A. SNYDER |

On December 10, 2019, the Court granted the United States' motion for summary judgment as to Plaintiff Carolin Zhuang's claims on the grounds that the "government's lien on [criminal defendant Chung Yu] Yeung's one-half interest in the San Dimas property arose on August 17, 2017, when the Court entered judgment against Yeung, and is effective unless satisfied, remitted, set aside, or terminated." The Court also granted the United States' motion for summary judgment on its counterclaims concluding "that Yeung's transfer of his interest in the San Dimas property to Zhuang by means of the November 17, 2016 grant deed constituted a fraudulent transfer pursuant to Section 3304(a)(1). Accordingly, it is ORDERED and ADJUDGED that:

1. The United States' criminal judgment lien arising out of the August 17, 2016 criminal judgment entered against Chung Yu Yeung in <u>United States v. Chung Yu Yeung</u>, No. 2:14-cr-00609-CAS (C.D. Cal.) is valid and effective unless satisfied, remitted, set aside, or terminated;

2. The grant deed executed on November 17, 2019 by Chung Yu Yeung (a.k.a. Louis Yeung) transferring his interest in the property located at 2219 Calle Margarita in San Dimas, California to Carolin Zhuang, recorded in the County of Los Angeles Official Records Registrar's Office on November 30, 2016 as Instrument Number 20161506234, is void as a matter of law pursuant to 28 U.S.C. section 3306(a)(1); and

3. The United States' counterclaims for fraudulent transfer based on 28 U.S.C. section 3304(a)(2) and section 3304(b), which were filed as an alternative to section 3304(a)(1), are rendered moot and dismissed.

DATED: <u>December 17, 2019</u>

_____
UNITED STATES DISTRICT JUDGE